ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED
MAY - 5 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
ROMAN C TOVAR ) Case No. 10-50217 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2489549 for an unclaimed dividend in the amount of $274.77. The name and address of the claimant entitled to the unclaimed dividend is as follows;

   ROMAN C TOVAR
   40 PAYNE RD
   SAN JUAN BAUTISTA, CA 95045

Dated: May 03, 2011

             _____
             DEVIN DERHAM-BURK, TRUSTEE